# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHIRLEY ANN BARNUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-315-M |
| | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On April 04, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action.  The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full $400 filing fee for this action to proceed.  On April 07, 2014, petitioner paid the $400 filing fee.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on April 04, 2014,

(2)     DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 2], and

(3)     RECOMMITS this matter back to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 18th day of April, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE